UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO BENAVIDES, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-207 |
| | § | |
| RAMON VENEGAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| ERNESTO BENAVIDES, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-210 |
| | § | |
| ERIC GUERRERO, | § | |
| | § | |
| Respondent. | § | |

| | | |
|---|---|---|
| ERNESTO BENAVIDES, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-367 |
| | § | |
| RAMON VENEGAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| ERNESTO BENAVIDES, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-464 |
| | § | |
| RAMON VENEGAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Ernesto Benavides Jr. has filed four separate causes regarding the revocation of his parole. Three of the cases (Civil Action Nos. 1:25-cv-207, 1:25-cv-367 1:25-cv-464) are prisoner civil rights cases, while the fourth (Civil Action No. 1:25-cv-210) is a petition for writ of habeas corpus under 28 U.S.C. § 2254.

A United States Magistrate Judge consolidated all four cases because they involved common issues of law and fact.  The Magistrate Judge then issued a Report and Recommendation, which recommends that the Court deny the habeas petition and dismiss the civil rights claims without prejudice under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). (R&R, Doc. 41) Benavides timely objected to the Report and Recommendation. (Objs., Doc. 46)

The Court affords de novo review to the portions of the Report and Recommendation to which Benavides objected. FED. R. CIV. P. 72(b)(3).  In his objections, Benavides does not specifically identify the portions of the Report and Recommendation that he challenges.  Out of an abundance of caution, the Court affords de novo review to the entirety of the Report and Recommendation.  Having conducted that review, and based on the record and the applicable law, the Court concludes that Benavides is not entitled to any relief.

Accordingly, Petitioner/Plaintiff Ernesto Benavides's objections to the Report and Recommendation are **OVERRULED** and the Court **ADOPTS** the Report and Recommendation (Doc. 41).  It is:

**ORDERED** that Petitioner Ernesto Benavides's Petition Under 28 U.S.C. § 254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 32) is **DENIED**; and

**ORDERED** that Plaintiff Ernesto Benavides' remaining causes of action are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon with relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) until such time as the *Heck* conditions regarding the underlying state conviction or the challenge to parole revocation are met.

This is a final and appealable order.

The Clerk of Court is directed to close each of these cases.

Signed on July 31, 2026.

Fernando Rodriguez, Jr.
United States District Judge